ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| EDWIN R. VIÑAS CARDONA, MARED VIÑAS LÓPEZ<br><br>Parte Recurrida<br><br>V.<br><br>JESÚS RAFAEL SANTANA JIMÉNEZ<br><br>Parte Peticionaria | TA2026CE00083 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Manatí<br>_____<br>Caso Núm.:<br><br>MT2025CV00440<br>_____<br>SOBRE:<br><br>DESAHUCIO POR FALTA DE PAGO |
|---|---|---|

Panel integrado por su presidenta la Juez Brignoni Mártir, el Juez Salgado Schwarz y la Juez Aldebol Mora.

Salgado Schwarz, Carlos G., Juez Ponente

# **R E S O L U C I Ó N**

En San Juan, Puerto Rico, a 21 de enero de 2026.

Examinado el Certiorari[1] instada el 21 de enero de 2026 por Jesús Rafael Santana Jiménez disponemos lo siguiente:

Luego de un estudio minucioso y sosegado del expediente ante nos, entendemos que no procede intervenir en la determinación del TPI y por ende nos abstenemos de ejercer nuestra función revisora y denegamos la expedición del auto de *certiorari.* Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, según enmendada, *In Re Aprob. Enmdas. Reglamento TA,* 2025 TSPR 42, págs. 62-63, 215 DPR ___ (2025).

Examinada la *Solicitud de Auxilio de Jurisdicción,* No Ha Lugar.

---

[1] Prescindimos de requerir la comparecencia de la parte recurrida a tenor con la autoridad que nos confiere la Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones, según enmendada, *In Re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 15, 215 DPR____ (2025).

**Notifíquese inmediatamente.**

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*